

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00417-CV

**IN THE INTEREST OF C.N.H, A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500829
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before September 20, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court